NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7108

WILLIAM E. PETERSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1495, Judge Ronald M. Holdaway.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The Secretary of Veterans Affairs submits a status report in response to this court's August 14, 2009 order and moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009).

The court deems it appropriate to continue the stay of proceedings in this case until the Supreme Court's final disposition of Henderson.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to summarily affirm is denied without prejudice to renewal.

(2)  The stay of the briefing schedule remains in effect pending the Supreme Court's final disposition of Henderson. The parties are directed to inform this court,

within 14 days of the Supreme Court's final disposition of <u>Henderson</u>, concerning how they believe that this appeal should proceed.

FOR THE COURT

MAR 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Thomas W. Stoever, Jr., ESq.
     Tara K. Hogan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK

2009-7108                                    2